IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

EFFIE LEE WELLS MONTFORD, )
et al., )
 )
    Plaintiffs, )
 )   CV108-084
v. )
 )
STUCKEY TIMBERLAND, INC., )
 )
    Defendant. )

O R D E R

Presently before the Court in this matter is Plaintiff's rebuttal motion for recusal. (Doc. no. 44.)

Section 455(a) instructs a federal judge to disqualify himself if "his impartiality might reasonably be questioned." The standard of review for a Section 455(a) motion is "whether an objective, disinterested, lay observer fully informed of the facts underlying the grounds on which recusal was sought would entertain a significant doubt about the judge's impartiality," Parker v. Connors Steel Co., 855 F.2d 1510, 1524 (11th Cir. 1988), and any doubts must be resolved in favor of recusal, United States v. Kelly, 888 F.2d 732, 744 (11th Cir. 1989).

Upon review of the motion, I find that Plaintiffs have not satisfied this standard. The motion mostly repeats the Plaintiffs' conclusory statements and allegations contained in their initial motion, which the Court denied on March 15, 2010. The Plaintiffs' complaints seem to be with the rulings and actions of the Court during the pendency of this case and not my background, interests or associations. Their allegations are not supported by any evidence whatsoever and cannot form the basis for a recusal. Further, I have examined the additional *per se* grounds for recusal under Section 455(b) and find that none exist in this case nor have any been alleged or established by Plaintiffs. Accordingly, the Plaintiffs' motion (Doc. no. 44) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of May, 2010.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA